# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ, *et al.*   )
                                    )
        Petitioners,           )
                                    )
        v.                      )   Civil Action No. 1:09-cv-00745 (RCL)
                                    )
BARACK H. OBAMA,            )
President of the United States, *et al.*,   )
                                    )
        Respondents.        )

**FILED**

**OCT 2 8 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457)'s Unopposed

Motion to Enlarge Time to Respond to Motion for Expedited Judgment, which Respondents do

not oppose, and the record herein, it is hereby ordered that the Motion for Enlargement of time is *DENIED as moot* *Since the Court has granted This date* ~~GRANTED, and the Petitioner shall have until after the Court rules on~~ the Motion for Voluntary

Dismissal, being filed on the same date, ~~to respond to Respondents' Motion for Expedited~~

~~Judgment.~~

        **SO ORDERED.**

_10/27/11_
**DATE**

**ROYCE C. LAMBERTH**
**CHIEF JUDGE**

3